# MARTIN PSYCHIATRIC SERVICES, PC
## THOMAS V. MARTIN, M.D.

1330 Richland Street
Columbia, SC 29201
(803) 771-7521/Fax (803) 771-7525

December 5, 2013

Agent Ashley Graham
Richland County PPPS
PHONE (803) 734-5072
FAX: (803) 734-0020

Re: ▮

Dear Agent Graham:

Mr. ▮ has actively participated in treatment with me since February 09, 2012. He joined my New Outcomes Group meetings on February 23, 2012.

During the twenty two months of New Outcomes sessions, Mr. ▮ has rarely missed a meeting. He demonstrated excellent leadership abilities, had good insight, a positive attitude, was well prepared on the discussion topics, gave cogent feedback, and was a model group member. He successfully participated in family-related activities without any complications.

Mr. ▮ last group meeting will be held on December 16, 2013, at which time he will have completed the group therapy provided by New Outcomes. It is with a reasonable degree of medical and psychiatric certainty, I feel that Mr. ▮ is a very low risk to re-offend.

Thank you for the opportunity to work with Mr. ▮

Yours truly,

*[signature]*

Thomas V. Martin, M.D.
Psychiatrist
Diplomate, Psychiatry, American Board of Psychiatry and Neurology
Diplomate, Forensic Psychiatry, American Board of Psychiatry and Neurology

CC: ▮

**EXHIBIT A**