| Geographic Search | Name Search | Community Notifications | FAQs | Resources | Contact Us |

Return to Search Results     Back to Search Form     Submit a Tip     Ask A Question

## SMITH, ███

- Main
- Other Addresses
- Scars
- Marks
- Tattoos
- Vehicle Information

**Picture Date:**

**OFFENDER TYPE:**
**ADULT TIER II**

**Name:**
| | |
|---|---|
| First Name: | ███ |
| Middle Name: | ███ |
| Last Name: | SMITH |

**Aliases:**
SMITH, ███

**Gender/Race/DOB:**
| | |
|---|---|
| Gender: | Male |
| Race: | White |
| Date of Birth: | ██/██/1990 |

**Primary Address:**
**MOVED OUT OF STATE**
HENDERSONVILLE, NC 28792

**Physical Description:**
| | |
|---|---|
| Height: | 6 FT 2 IN |
| Weight: | 165 LBS |
| Hair Color: | Brown |
| Eye Color: | Green |

**Offenses:**

If you believe the listed information is in error, you may contact us via the "Submit a Tip" button above.

THE INFORMATION PROVIDED ON THIS SITE IS INTENDED FOR COMMUNITY SAFETY PURPOSES ONLY AND SHOULD NOT BE USED TO THREATEN, INTIMIDATE, OR HARASS. MISUSE OF THIS INFORMATION MAY RESULT IN CRIMINAL PROSECUTION.

# EXHIBIT B