# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# COLUMBIA DIVISION

| | |
|---|---|
| John Doe, ) | |
| ) | Civil Action No. 3:20-2755-MGL |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| Mark Keel, in his official capacity as ) | **PARTIAL STIPULATION OF DISMISSAL** |
| Chief of South Carolina Law Enforcement ) | |
| Division, South Carolina Law ) | |
| Enforcement Division ("SLED"), ) | |
| ) | |
| Defendants. ) | |
| ) | |

Pursuant to 41(a)(1)(A)(ii), FRCP, the Plaintiff John Doe hereby dismisses the Sixth Cause of Action for defamation from the Complaint. This Partial Stipulation of Dismissal has no impact on the remaining causes of action which will proceed.

*s/ Allen Chaney*
ALLEN CHANEY                    #13181
South Carolina Justice Project
1220 Laurens Road, Suite B
Greenville, South Carolina 29607
(720) 634-5493
Email: allen@scjusticeproject.org

SHIRENE C. HANSOTIA             #12558
ACLU of South Carolina
Post Office Box 20998
Charleston, South Carolina 29413
(843) 720-1423
Email: shansotia@aclusc.org

*Counsel for Plaintiff*

    *s/ Andrew F. Lindemann*
ANDREW F. LINDEMANN          #5070
Lindemann & Davis, P.A.
Post Office Box 6923
Columbia, South Carolina 29260
 (803) 881-8920
Email: andrew@ldlawsc.com

*Counsel for Defendants*