UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Civil Action 3:20-cv-2755

**JOHN DOE**,

    *Plaintiff*,

v.

**MARK KEEL**, in his official capacity as Chief of South Carolina Law Enforcement Division,

**SOUTH CAROLINA LAW ENFORCEMENT DIVISION ("SLED")**,

    *Defendants*.

---

### UNOPPOSED MOTION TO STAY SCHEDULING ORDER PENDING DISPOSITIVE MOTIONS

---

Plaintiff John Doe respectfully moves to stay the Court's scheduling order until the Court resolves the parties' cross motions for summary judgment. As grounds, counsel states the following:

**Counsel has conferred via email and Defendants do <u>not</u> oppose this Motion.**

This matter is currently scheduled for trial on September 2, 2021. Under the Court's scheduling order, the parties must also submit their motions *in limine* on or before August 12, 2021. Both parties, however, have moved for judgment as a matter of law under Fed. R. Civ. P. 56. ECF 31, 32. Those motions are currently pending before the Court.

Plaintiff respectfully asks to stay the trial date and motions *in limine* deadline until the Court resolves the parties' cross motions for summary judgment. A stay will save counsel, parties, and witnesses the expense and inconvenience of premature, or potentially futile, trial preparation.

Respectfully Submitted this 22nd day of July, 2021.

*s/ Allen Chaney*

**Allen Chaney**
**(Federal Bar No. 13181)**
**SOUTH CAROLINA JUSTICE PROJECT**
1220 Laurens Road, Ste B
Greenville, SC 29607
Ph. (720) 634-5493
allen@scjusticeproject.org

*s/ Shirene Hansotia*

**Shirene Hansotia**
**(Federal Bar No. 12558)**
**ACLU OF SOUTH CAROLINA**
P.O. Box 20998
Charleston, SC 29413
Ph. 843-720-1423
shansotia@aclusc.org

*Attorneys for Plaintiff*